# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

**MARCH 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s): TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502 et. al.**

County of Residence: COOK

Plaintiff's Atty:      Donald D. Schwartz
                       Arnold and Kadjan
                       19 W. Jackson Blvd., Suite 300
                       Chicago, IL 60604
                       312-236-0415

**Defendant(s): R & W CLARK CONSTRUCTION, INC., a dissolved Illinois corporation**

County of Residence: COOK

Defendant's Atty:

II. Basis of Jurisdiction:          **3. Federal Question (U.S. not a party)**

III. Citizenship of Principle Parties
**(Diversity Cases Only)**
                       Plaintiff:- **N/A**
                       Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:    **791 E.R.I.S.A**

VI.Cause of Action:   **This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145**

VII. Requested in Complaint
                       Class Action: **No**
                       Dollar Demand:
                       Jury Demand: **No**

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____ )

Signature:  s/ Donald D. Schwartz

Date:   March 13, 2008

**08 C 1523**

**JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN**