IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS ) PENSION FUND, LOCAL 502; ) TRUSTEES OF THE CEMENT MASONS ) INSTITUTE OF CHICAGO, ILLINOIS; ) TRUSTEES OF THE CEMENT MASONS ) SAVINGS FUND, LOCAL 502; and ) TRUSTEES OF THE CEMENT ) MASONS APPRENTICE EDUCATION ) AND TRAINING FUND, LOCAL 502, ) ) Plaintiffs, ) ) v. ) ) R & W CLARK CONSTRUCTION, INC., ) a dissolved Illinois corporation, ) ) Defendant. ) | No. 08 C 1523 Judge Guzman Magistrate Judge Ashman |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, R & W CLARK CONSTRUCTION, INC., an Illinois corporation.

In support thereof, Plaintiffs state:

1. This case was filed on March 14, 2008.

2. Defendant was served with Summons and Complaint on March 31, 2008.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per the affidavit of Richard Wolf, Defendant owes for the audit period January 1, 2006 through December 31, 2007 for $10,666.85 benefits, $1,600.03 liquidated damages and $680.00 audit costs for a total due of $12,946.88. (Exhibit A)

6. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and

expenses $1,300.00 has been incurred in this suit. (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Judgment be rendered in the amount of $14,246.88 for the Trustees of the Cement Masons Pension Fund Local 502, et. al. and against R & W CLARK CONSTRUCTION, INC.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**TRUSTEES OF THE CEMENT MASONS**
　　　　　　　　　　　　　　**PENSION FUND, LOCAL 502, et. al.**


　　　　　　　　　　　　　　By: s/ Donald D. Schwartz
　　　　　　　　　　　　　　　　One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CEMENT MASONS )
PENSION FUND, LOCAL 502; )
TRUSTEES OF THE CEMENT MASONS )
INSTITUTE OF CHICAGO, ILLINOIS; )
TRUSTEES OF THE CEMENT MASONS )
SAVINGS FUND, LOCAL 502; and )
TRUSTEES OF THE CEMENT )
MASONS APPRENTICE EDUCATION )
AND TRAINING FUND, LOCAL 502, )   No. 08 C 1523
)
        Plaintiffs, )   Judge Guzman
)
v. )   Magistrate Judge Ashman
)
R & W CLARK CONSTRUCTION, INC., )
a dissolved Illinois corporation, )
)
        Defendant. )

### AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2. Our firm completed a compliance audit for the Trustees of the Cement Masons Pension Fund Local 502, et. al., on R & W CLARK CONSTRUCTION, INC. for the period January 1, 2006 through December 31, 2007.

3. The audit report found arrears owing to the Trustees of the Cement Masons Pension Fund Local 502, et. al., in the amount of $10,666.85 benefits, $1,600.03 liquidated damages and $680.00 audit costs.

EXHIBIT A

4. The total due the Plaintiffs including arrears, audit costs, and liquidated damages of 15 percent, but excluding attorney's fees and court costs is $12,946.88 for Cement Masons Local 502, et. al.

5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

*Richard L. Wolf*

SUBSCRIBED AND SWORN to before me this 7th day of May, 2008

*Notary Public*

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> Plaintiffs, <br><br> v. <br><br> R & W CLARK CONSTRUCTION, INC., a dissolved Illinois corporation, <br><br> Defendant. | No. 08 C 1523 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman |

## AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the Cement Masons Local #502 Fund $875.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
DONALD SCHWARTZ

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,  <br><br>Plaintiffs,<br><br>v.<br><br>R & W CLARK CONSTRUCTION, INC., a dissolved Illinois corporation,<br><br>Defendant. | No. 08 C 1523<br><br>Judge Guzman<br><br>Magistrate Judge Ashman |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $14,246.88 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, and against the Defendant, R & W CLARK CONSTRUCTION, INC.

2. This is a final and appealable order.

DATED:_____

ENTER:_____
**HONORABLE JUDGE GUZMAN**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415