IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br>Plaintiffs,<br><br>v.<br><br>R & W CLARK CONSTRUCTION, INC., a dissolved Illinois corporation,<br><br>Defendant. | No. 08 C 1523<br><br>Judge Guzman<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

TO:   R & W Clark Construction, Inc.
      c/o its Registered Agent, Rick Clark
      19418 97th Avenue
      Mokena, IL 60448

**PLEASE TAKE NOTICE** that on **May 15, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Guzman, Room 1219** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

                                        TRUSTEES OF THE CEMENT
                                        MASONS PENSION FUND, LOCAL
                                        502, et. al.


                                        s/ Donald D. Schwartz
                                        One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 8, 2008

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 8th day of May 2008, at or before the hour of 5:00 p.m.

R & W Clark Construction, Inc.
c/o its Registered Agent, Rick Clark
19418 97th Avenue
Mokena, IL 60448

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 8, 2008