UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Cement Masons Pension Fund, Local 502, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01523

Honorable Ronald A. Guzman

R & W Clark Construction, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

MINUTE entry before Judge Honorable Ronald A. Guzman:Set hearing as to motion by Plaintiffs Trustees of the Cement Masons Pension Fund, Local 502, Trustees of the Cement Masons Institute of Chicago, Illinois, Trustees of the Cement Masons Savings Fund, Local 502, Trustees of the Cement Masons Apprentice Education and Training Fund, Local 502 for order of Default and Judgment in Sum Certain [8] :Motion Hearing set for 5/15/2008 at 9:30 a.m. is reset to 09:00 AM. and status hearing set for 5/16/08 is reset to 5/15/2008 at 09:00 AM. on Court's own motion. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.