## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

| | |
|---|---|
| Trustees of the Cement Masons Pension Fund, Local 502, et al.<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br><br><br>R & W Clark Construction, Inc.<br><br>　　　　　　　　　　　　　　　Defendant. | Case No.: 1:08−cv−01523<br><br>Honorable Ronald A. Guzman |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

　　　　MINUTE entry before Judge Honorable Ronald A. Guzman:Defendant not in court. Motion hearing held on 5/15/2008 regarding motion by Plaintiffs for order of Default and Judgment in Sum Certain [8] and continued to 5/20/08 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.