**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Trustees of the Cement Masons Pension Fund, Local 502, et al.

                              Plaintiff,

v.                                      Case No.: 1:08−cv−01523

                                      Honorable Ronald A. Guzman

R & W Clark Construction, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 5/20/2008. Motion by Plaintiffs for order of Default and Judgment in Sum Certain [8] is granted. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.