MHN

## United States District Court for the Northern District of Illinois

Case Number: 08CV1523          Assigned/Issued By: LI

Judge Name: _____     Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: LI

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                       _____
☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

  3   Original and   3   copies on  5/30/08   as to  LAKE PARK SCHOOL
                                     (Date)
DISTRICT 108, PARKWAY BANK & TRUST CO & RICK CLARK

---

C:\wpwin80\docket\feeinfo.frm   03/14/05

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 1523 |
| v. | ) ) ) | Judge Guzman |
| R & W CLARK CONSTRUCTION, INC., a dissolved Illinois corporation, | ) ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

FILED
MAY 30 2008
5-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### CITATION NOTICE

Judgment Debtor's
Last known Address:

Judgment Creditor/
Creditor's Attorney:

Name:      R & W Clark Construction, Inc.          **ARNOLD and KADJAN**
Address:   19418 S. 97th Avenue                    19 West Jackson Blvd.
City:      Mokena, IL 60448                        Chicago, IL 60604
Phone:     (708) 239-0937                          (312) 236-0415

Judgment in the amount of **$14,246.88** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.** Of that amount, **$14,246.88** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.**, remains due.

Name of person receiving Citation: Rick Clark, 19418 S. 97th Avenue, Mokena, IL 60448.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before **Judge Guzman on June 12, 2008 at 9:30 a.m., Room 1219** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the Debtor; Social Security and SSI benefits; Public assistance benefits; Unemployment compensation benefits; Worker's compensation benefits; Veteran's benefits; Circuit breaker property tax relief benefits; the Debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the Debtor.

(2) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wage;

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage;

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to see a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS ) <br> PENSION FUND, LOCAL 502; ) <br> TRUSTEES OF THE CEMENT MASONS ) <br> INSTITUTE OF CHICAGO, ILLINOIS; ) <br> TRUSTEES OF THE CEMENT MASONS ) <br> SAVINGS FUND, LOCAL 502; and ) <br> TRUSTEES OF THE CEMENT ) <br> MASONS APPRENTICE EDUCATION ) <br> AND TRAINING FUND, LOCAL 502, ) <br>      ) <br>       Plaintiffs, ) <br>      ) <br> v. ) <br>      ) <br> R & W CLARK CONSTRUCTION, INC., ) <br> a dissolved Illinois corporation, ) <br>      ) <br>       Defendant. ) | No. 08 C 1523 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman |

### CITATION NOTICE

| Judgment Debtor's <br> Last known Address: | Judgment Creditor/ <br> Creditor's Attorney: |
|---|---|
| Name: R & W Clark Construction, Inc. <br> Address: 19418 S. 97th Avenue <br> City: Mokena, IL 60448 <br> Phone: (708) 239-0937 | **ARNOLD and KADJAN** <br> 19 West Jackson Blvd. <br> Chicago, IL 60604 <br> (312) 236-0415 |

Judgment in the amount of **$14,246.88** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al**. Of that amount, $14,246.88 for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.**, remains due.

Name of person receiving Citation: Parkway Bank and Trust Co., Attn: Legal Department, 4800 N. Harlem Avenue, Harwood Heights, IL 60706.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before **Judge Guzman** on **June 12, 2008** at **9:30 a.m., Room 1219** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment

Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the Debtor; Social Security and SSI benefits; Public assistance benefits; Unemployment compensation benefits; Worker's compensation benefits; Veteran's benefits; Circuit breaker property tax relief benefits; the Debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the Debtor.

(2) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wage;

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage;

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to see a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS ) PENSION FUND, LOCAL 502; ) TRUSTEES OF THE CEMENT MASONS ) INSTITUTE OF CHICAGO, ILLINOIS; ) TRUSTEES OF THE CEMENT MASONS ) SAVINGS FUND, LOCAL 502; and ) TRUSTEES OF THE CEMENT ) MASONS APPRENTICE EDUCATION ) AND TRAINING FUND, LOCAL 502, ) ) Plaintiffs, ) ) v. ) ) R & W CLARK CONSTRUCTION, INC., ) a dissolved Illinois corporation, ) ) Defendant. ) | No. 08 C 1523<br><br>Judge Guzman<br><br>Magistrate Judge Ashman |

**FILED**
MAY 30 2008
5-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### CITATION NOTICE

Judgment Debtor's
Last known Address:

Judgment Creditor/
Creditor's Attorney:

Name:      R & W Clark Construction, Inc.
Address:   19418 S. 97th Avenue
City:      Mokena, IL 60448
Phone:     (708) 239-0937

**ARNOLD and KADJAN**
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

Judgment in the amount of **$14,246.88** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.** Of that amount, **$14,246.88** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.**, remains due.

Name of person receiving Citation: Lake Park School District 108, Attn: Dr. Jeffrey O'Connell, Assistant Superintendent for Business Services, 450 Spring Court, Roselle, IL 60172.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before **Judge Guzman on June 12, 2008** at **9:30 a.m., Room 1219** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment

Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the Debtor; Social Security and SSI benefits; Public assistance benefits; Unemployment compensation benefits; Worker's compensation benefits; Veteran's benefits; Circuit breaker property tax relief benefits; the Debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the Debtor.

(2) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wage;

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage;

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to see a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.