**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE CEMENT MASONS )
PENSION FUND, LOCAL 502; )
TRUSTEES OF THE CEMENT MASONS )
INSTITUTE OF CHICAGO, ILLINOIS; )
TRUSTEES OF THE CEMENT MASONS )
SAVINGS FUND, LOCAL 502; and )
TRUSTEES OF THE CEMENT )
MASONS APPRENTICE EDUCATION )
AND TRAINING FUND, LOCAL 502, )      No. 08 C 1523
                                 )
             Plaintiffs, )      Judge Guzman
                                 )
    v. )      Magistrate Judge Ashman
                                 )
R & W CLARK CONSTRUCTION, INC., )
a dissolved Illinois corporation, )
                                 )
             Defendant. )

**NOTICE OF DISMISSAL**

Plaintiffs, by and through their attorneys, DONALD SCHWARTZ and ARNOLD AND

KADJAN, hereby withdraw and dismiss the pending Citation against Parkway Bank without

prejudice and costs.

                                Respectfully submitted,

                                **ARNOLD AND KADJAN**

                                s/Donald D. Schwartz
                                Donald D. Schwartz
                                Attorney for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Dismissal was filed electronically on the 5th day of June 2008, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

    R & W Clark Construction, Inc.
    c/o its Registered Agent, Rick Clark
    19418 97th Avenue
    Mokena, IL 60448


                                  s/Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438