IN THE CIRCUIT COURT OF __Du Page__ COUNTY, ILLINOIS

Case No __08 C 1523__

Return Date __06/12/08__

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

__Parkway Bank & Trust Co.__, certifies under penalty of perjury pursuant to §1-109 of the Illinois Code of Civil Procedure
(Citation Respondent or Agent)
that the following statements are true and correct:

I. __X__ Respondent has no property of the Defendant in its possession. Assets being held for Citation #07 C 2755

II. ____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. ____ Respondent has property that belongs or may belong to the Defendant as follows:

|   | | DEFENDANT'S BALANCE | AMOUNT WITHHELD |
|---|---|---|---|
| A) | Savings Account $ | | |
| B) | Checking and/or Now Account $ | | |
| C) | Certificate of Deposit $ | | |
| D) | Money Market Account $ | | |
| E) | Trust Account $ | | |
| F) | Wages, Salary or Commissions $ | | |
| G) | Safety Deposit Box | | |
| H) | Land Trust No. | | |
| I) | Other Property (Describe) | | |
| J) | Additional Information Relating to Debtor's Property: | | |

1. Adverse Claimant: Name _____ Address _____

2. Right of Set Off: Basis _____ Amount: _____

3. Exemption: Basis _____ Amount: _____

Total of funds in Respondent's possession available to be applied to the judgment: $ __0.00__

According to the records maintained by the Citation Respondent, the above information is correct as of this date __06/03/08__

FILED
JUN 09 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respondent/Agent (Type or Print):

Agent Name __Susan J Wilfong__

Business Name __Parkway Bank & Trust Co.__

Address __4800 N Harlem Ave__

__Harwood Heights, IL 60706__

Phone __708-867-6600__

Fax __708-867-2575__

_Susan J Wilfong_
Agent for Citation Respondent
Legal Research Supervisor

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and to the Defendant.
If necessary, you may attach further information or explanations as may be required to answer the Citation To Discover Assets.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TRUSTEES OF THE CEMENT MASONS )
PENSION FUND, LOCAL 502; )
TRUSTEES OF THE CEMENT MASONS )
INSTITUTE OF CHICAGO, ILLINOIS; )
TRUSTEES OF THE CEMENT MASONS )
SAVINGS FUND, LOCAL 502; and )
TRUSTEES OF THE CEMENT )
MASONS APPRENTICE EDUCATION )
AND TRAINING FUND, LOCAL 502, )         No. 08 C 1523
)
Plaintiffs, )                            Judge Guzman
)
v. )                                     Magistrate Judge Ashman
)
R & W CLARK CONSTRUCTION, INC., )
a dissolved Illinois corporation, )
)
Defendant. )

RECEIVED JUN 03 2008 12:30 By [signature]

## CITATION TO DISCOVER ASSETS

TO:   Parkway Bank & Trust Co.
      Attn: Legal Department
      4800 N. Harlem Ave.
      Harwood Heights, IL 60706

   YOU ARE COMMANDED to appear in the courtroom of the **Honorable Judge Guzman, Courtroom 1219, 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m. on June 12, 2008**, to be examined under oath concerning the property or income of, or indebtedness due Defendants. Judgment was entered against Defendants and for Plaintiffs **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et. al.**, on May 28, 2008, in the amount of **$14,246.88**. Of that amount, **$14,246.88** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502**, et. al., still remains unsatisfied. A copy of the Judgment entered by **Honorable Judge Guzman** was filed with the Clerk of the Court.

   YOU ARE COMMANDED to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant(s) or indebtedness due them.

   WARNING: Your failure to appear in Court as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of Court, which may be punishable by imprisonment in the County Jail.